Civil Action Cover Sheet (Rev. 04/10/14) CCM 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT / **6th** DISTRICT

2018009106
CALENDAR/ROOM 0206
TIME 09:00
PI Other

**Barra**
_____ Plaintiff

v.

**Home Depot, U.S.A., Inc.**
_____ Defendant

No. _____

Jury Demand ☐ Yes ☐ No

☐ I need language help in court. I speak _____

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

### Civil Case (A)
☐ Tort not Personal Injury
☐ Confession of Judgment
☐ Replevin
☐ Detinue
☐ Foreign Judgment
   Filing Out of State/Out of Country
☐ Registration of Administrative Judgment

**Tort/Personal Injury Case**

Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

☐ Personal Injury Motor Vehicle
☐ Dram Shop
☐ Product Liability
☐ Personal Injury Subrogation
☐ Personal Injury Motor Vehicle Subrogation
☒ Personal Injury Other
☐ Tort Intentional
☐ Property Damage

**Other Litigation Case**

(i.e. credit card agreements, any contract between two or more individuals)

☐ Breach of Contract
☐ Fraud
☐ Consumer Fraud
☐ Breach of Warranty
☐ Statutory Action Complaint

### Civil Case (B)
☐ Filing an Illinois Court Judgment
☐ Petition for Discovery
   A Petition to take depositions or subpoena records before a case is filed.

**Civil Housing Case**

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

☐ Housing
☐ Objection to Fast Track
☐ Criminal Ordinance Violation
☐ Heat Case
☐ Vacant Building

**Pro Se Case Type**

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $3,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

☐ Pro Se ($3,000 or less)

**Eviction Case/Civil Forcible/CHA Forcible**

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

☐ Forcible (possession only)
☐ Joint Action (possession and rent)
☐ Distress for Rent

Submitted by:

☐ Atty. No.: **35178**    ☐ Pro se 99500
Name: **Peter T. Vrdolyak**
Atty. for: **Vrdolyak Law Group LLC**
Address: **7725 W. 159th St.**
City/State/Zip Code: **Tinley Park, IL 60477**
Telephone: **(708) 429-2332**

Service via email from opposing party/counsel will be accepted at:

_____

by consent pursuant to Ill. Sup. Court. Rules 11 and 131.

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

**Exhibit A**

31938:PTV:bb:August 30, 2017                                                                Attorney No. 35178

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, SIXTH DISTRICT

|  |  |
|---|---|
| Roger Barra, | No. 20176009106 |
|  | CALENDAR/ROOM 0208 |
| Plaintiff(s), | TIME 09:00 |
|  | PI Other |
|  | Amount Claimed: Greater than $30,000.00 plus costs of this suit. |
| vs. |  |
|  | Return Date: 10/16/2017 |
| Home Depot, U.S.A, Inc., d/b/a |  |
| The Home Depot | Status Date: 11/6/2017 |
|  |  |
| Defendant(s), | Courtroom:_____ |
|  | Time: 9:00 a.m. |

### SUMMONS
**Please Serve Defendant(s)**

1. Home Depot U.S.A., Inc., c/o Registered Agent: Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, Illinois 62703

To each Defendant:
YOU ARE SUMMONED and required:
   1. To file your written appearance by yourself or your attorney and pay the required fee in:
~ District 1: Richard J. Daley Ctr., Rm 602, Chicago, IL 60602  ~ District 2: 5600 Old Orchard Rd., Skokie, IL 6007
~ District 3: 2121 Euclid, Rolling Meadows, IL 60008   ~ District 4: 1500 Maybrook Dr., Maywood, IL 60153
~ District 5: 10220 S. 76th Ave., Bridgeview, IL 60455  ■ District 6: 16501 S. Kedzie, Markham, IL 60426
on _____, _____ before 9:00 a.m. on that date; and then immediately thereafter appear in person or by your attorney on Return Day.
   2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO DEFENDANT on the reverse side.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOUR FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.
To the Officer:
   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the date for appearance. If service cannot be made, this summons shall be returned so endorsed.
   This summons may not be served later than 3 days before the day of appearance.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE

| | |
|---|---|
| Atty. No: 35178 | WITNESS............................................... |
| By: Peter T. Vrdolyak | **DOROTHY BROWN** AUG 3 1 2017 |
| Attorney for Plaintiff | ............................................................. |
| 7725 West 159th Street, Suite A | DOROTHY BROWN, Circuit Court Clerk |
| Tinley Park, Illinois 60477 | |
| (708) 429-2332 | Date of Service:................................, 2017 |
| | (To be inserted by officer on copy left with defendant or other person) |
| | SEE REVERSE SIDE |

**Service by Facsimile Transmission will be accepted at:................................................................
                                                                        (Area Code) (Facsimile Number)
                                                                                                    OVER

**Exhibit A**

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

## NOTICE TO PLAINTIFF

You MUST select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:

    a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

        (i) If Plaintiff is not present, the case may be dismissed for want of prosecution.

        (ii) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

        (iii) If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.

    b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on the front of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.

3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5 and 6 Cases:

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.

5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:

    a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
    b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
    c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

The following is applicable to District 3 cases only:

7. This case may/may not be heard on the day for appearance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer is required by Par. 2(b) above.
These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge. Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day. The case will be set for Status at 9:00 a.m., approximately 60 days from the date of filing. Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the Court.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Exhibit A**

31938:PTV:sas                                                                41535

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ROGER BARRA, | ) | |
| Plaintiff, | ) ) ) | No.: |
| vs. | ) ) | |
| HOME DEPOT, U.S.A, INC., d/b/a THE HOME DEPOT, | ) ) ) ) | Amount: In excess of Fifty Thousand Dollars ($50,000) plus the costs of this Suit. |
| Defendant. | ) | |

### COMPLAINT

NOW COMES the Plaintiff, ROGER BARRA, by and through his attorneys, THE VRDOLYAK LAW GROUP, LLC, and complaining of the Defendant, HOME DEPOT, U.S.A., INC., an Illinois corporation, d/b/a THE HOME DEPOT, states as follows:

1. That on or about September 8, 2015 and at all relevant times herein, the Defendant, THE HOME DEPOT was duly organized and licensed to do business under the laws of the State of Illinois.

2. That at the aforesaid time, the Defendant did own and operate a store located at or near 17217 Como Avenue, Lockport, County of Will, State of Illinois.

3. That at the aforesaid time and place, the Defendant was engaged in the business of renting trucks and ramps intended for the loading, unloading and transportation of goods.

4. That at the aforesaid time and place, Plaintiff, ROGER BARRA, rented a truck as well as a ramp from Defendant, THE HOME DEPOT.

5. That the aforesaid truck and ramp were obtained by Plaintiff in substantially the same condition in which they were presented for rental by the Defendant.

1

**Exhibit A**

6. That the aforesaid truck and ramp were intended for customers to use in the loading, unloading, and transportation of goods, and the Defendant knew the truck and ramp were to be utilized without inspection for defects.

7. That prior to utilizing aforesaid truck and ramp, the Plaintiff did inquire with an employee and/or agent of the Defendant as to the existence of a ramp, specifically whether the aforesaid rented truck contained a built-in ramp.

8. That prior to utilizing the aforesaid truck and after inquiring as to the existence of a build-in ramp of the aforesaid rental truck, the Plaintiff was notified by the Defendant's agent that the aforesaid rental truck did not contain a ramp, but that the Defendant offered ramps for rent to be used along with a rented truck.

9. That the aforesaid rental ramp was at the time obtained by Plaintiff, unfit for use, defective and unreasonably dangerous because it inclined at an angle exceeding safety standards of one (1) vertical to three (3) horizontal (20 degrees above the horizontal).

10. As a direct and proximate result of utilizing the aforesaid defective and unreasonably dangerous ramp, Plaintiff suffered injuries and damages of a personal pecuniary, and permanent nature.

WHEREFORE, the Plaintiff, ROGER BARRA, demands judgment against the Defendant, HOME DEPOT, U.S.A., INC., an Illinois corporation, d/b/a THE HOME DEPOT, for a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this suit.

Peter T. Vrdolyak
Attorney for Plaintiff

**Exhibit A**

THE VRDOLYAK LAW GROUP, LLC #41535
Peter Vrdolyak
7725 West 159th Street, Suite A
Tinley Park, Illinois 60477
708-429-2332

3

**Exhibit A**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROGER BARRA,<br><br>   Plaintiff,<br><br>v.<br><br>HOME DEPOT, U.S.A, INC., d/b/a<br>THE HOME DEPOT,<br><br>   Defendant. | No.:<br><br>Amount Claimed: At least $50,000.00 plus costs of this suit. |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, PETER VRDOLYAK, attorney for the Plaintiff, ROGER BARRA, states that the damages sought in this matter are greater than Fifty Thousand ($50,000.00) Dollars.

Under penalties as provide by the law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Peter T. Vrdolyak
Attorney for Plaintiff

THE VRDOLYAK LAW GROUP, LLC #41535
By: Peter T. Vrdolyak
7725 West 159th Street, Suite A
Tinley Park, Illinois 60477
(708) 429-2332

4

**Exhibit A**

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
00075503  Civil-06   8/31/2017 2:43PM
ATTY: 35178    053 CBROWN
AD DAMNUM:              $30,000.01
CASE NO: 20176009106     COURTROOM:0208
RETURN DATE: 10/16/2017
CASE TOTAL: $368.00
Base Filing Fee 6                $240.00
Automation                        $25.00
Document Storage                  $25.00
Law Library                       $21.00
Dispute Resolution                 $1.00
Arbitration                       $10.00
Court Services                    $25.00
Children Waiting Rm               $10.00
Access Justice Fund                $2.00
e-Business                         $9.00
CHECK NO: 98214
CHECK AMOUNT:                    $368.00
CHANGE                             $0.00
TRANSACTION TOTAL:               $368.00
```

**Exhibit A**